US00D877520S

## (12) United States Design Patent
Estores

(10) Patent No.: **US D877,520 S**
(45) Date of Patent: ** **Mar. 10, 2020**

(54) **FOLDABLE MIRROR**

(71) Applicant: **Self-Cut System LLC**, Ossining, NY (US)

(72) Inventor: **Ryford H. Estores**, Ossining, NY (US)

(73) Assignee: **SELF-CUT SYSTEM LLC**, Ossining, NY (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/663,422**

(22) Filed: **Sep. 14, 2018**

(51) LOC (12) Cl. .............................................. 06-06
(52) U.S. Cl.
    USPC ........................................................ D6/301
(58) **Field of Classification Search**
    USPC .................................................. D6/300–314
    CPC .................................. A47G 1/06; A47G 1/065
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 365,183 | A | * | 6/1887 | Hufeland ................. | B60R 1/081 |
| | | | | | 359/854 |
| 1,451,236 | A | * | 4/1923 | Stanfield ................. | A45D 42/18 |
| | | | | | 248/466 |
| 2,140,069 | A | * | 12/1938 | Bostwick ................ | A45D 42/00 |
| | | | | | 359/854 |
| 2,201,251 | A | * | 5/1940 | Van Patten ............ | A45D 42/10 |
| | | | | | 362/141 |
| 2,292,059 | A | * | 8/1942 | Daum ...................... | A47G 1/04 |
| | | | | | 248/447.1 |
| D152,347 | S | * | 1/1949 | Marty ........................... | D6/301 |
| 2,687,674 | A | * | 8/1954 | Cleve ..................... | A45D 42/16 |
| | | | | | 359/854 |
| 2,763,186 | A | * | 9/1956 | Barlow .................... | A47G 1/04 |
| | | | | | 359/854 |
| D241,800 | S | * | 10/1976 | Johnson ......................... | D6/301 |
| D267,174 | S | * | 12/1982 | Fox ................................... | 281/45 |
| D298,087 | S | * | 10/1988 | Arce .............................. | D6/300 |
| D307,358 | S | * | 4/1990 | Gerton .......................... | D6/302 |
| D370,129 | S | * | 5/1996 | Freudenfeld .................. | D6/301 |
| D499,254 | S | * | 12/2004 | Adam ............................ | D6/300 |
| 6,926,416 | B2 | * | 8/2005 | Sawyer ................... | B60R 1/081 |
| | | | | | 248/467 |
| 6,962,421 | B2 | * | 11/2005 | Yang ....................... | A47G 1/04 |
| | | | | | 132/316 |
| D543,868 | S | * | 6/2007 | Bhavnani ...................... | D10/15 |
| D552,851 | S | * | 10/2007 | Abrahamian ................. | D6/301 |
| D572,024 | S | * | 7/2008 | Shapiro ......................... | D6/301 |
| 8,393,749 | B1 | * | 3/2013 | Daicos .................... | A47G 1/04 |
| | | | | | 248/466 |
| D785,345 | S | * | 5/2017 | Yang ............................. | D6/310 |

(Continued)

*Primary Examiner* — Deanna L Pratt
(74) *Attorney, Agent, or Firm* — David V. Rossi; Haug Partners LLP

(57) **CLAIM**

The ornamental design for a foldable mirror, as shown and described.

**DESCRIPTION**

FIG. **1** is a rear perspective view of a foldable mirror according to our new design;
FIG. **2** is a rear view of the foldable mirror;
FIG. **3** is a front view of the foldable mirror;
FIG. **4** is a left side view of the foldable mirror;
FIG. **5** is a right side view of the foldable mirror;
FIG. **6** is a top view of the foldable mirror;
FIG. **7** is a bottom view of the foldable mirror;
FIG. **8** is a rear perspective view of the foldable mirror;
FIG. **9** is a front view of the foldable mirror;
FIG. **10** is a rear view of the foldable mirror;
FIG. **11** is a right side view of the foldable mirror;
FIG. **12** is a left side view of the foldable mirror;
FIG. **13** is a top view of the foldable mirror; and,
FIG. **14** is a bottom view of the foldable mirror.

**1 Claim, 14 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D801,703 S | * | 11/2017 | Robertson | D6/300 |
| D861,356 S | * | 10/2019 | Zhu | D6/310 |
| 2004/0156133 A1 | * | 8/2004 | Vernon | A45D 42/18 |
| | | | | 359/866 |
| 2010/0118422 A1 | * | 5/2010 | Holacka | A45D 42/04 |
| | | | | 359/854 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14