IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYFORD H. ESTORES,<br><br>        Plaintiffs<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>        Defendants. | Case No.<br><br>**Judge**<br><br>**Magistrate Judge** |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Civil Rule 5, Plaintiff, by counsel, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: (1) Schedule A to the Complaint, which includes a list of Amazon.com Account names used by Defendants; and (2) Exhibit B to the TRO, which contains screenshots of the Defendants' Internet Store listings and delivery options. Plaintiff relies on its Memorandum in Support and the Proposed Order filed herewith to support its motion.

DATED: May 30, 2025

Respectfully submitted,

_____
Robert M. DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Fl., 213
Washington, D.C. 20005

1018 W. Madison Street, #5
Chicago, IL 60609
Tel: 202-571-7070
Email: rmdewitty@dewittyip.com